# Third District Court of Appeal

## State of Florida

Opinion filed November 18, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-668
Lower Tribunal No. 18-16976
_____

**GVB MD, LLC, etc.,**
Appellant,

vs.

**Blue Cross and Blue Shield of Florida, Inc., etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Alexander Bokor, Judge.

Di Pietro Partners, LLP, David Di Pietro, Lisandra Estevez, and Nicole Martell (Ft. Lauderdale), for appellant.

Hogan Lovells, US LLP, Allen P. Pegg and Daniel Balmori, for appellees.

Before FERNANDEZ, SCALES, and HENDON, JJ.

PER CURIAM.

Affirmed.